UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT A. SOLE,

                    Plaintiff,                    07 Civ. 6026 (DLC)

    -against-                    COMPLAINT

LONG ISLAND RAILROAD COMPANY,

                    Defendants.
------------------------------------------------------------------X

                PLAINTIFF DEMANDS TRIAL BY JURY

      Plaintiff, by his attorneys, Law Offices of Michael Flynn, PC, complains of the defendant and alleges:

      FIRST:  This action is brought under the Federal Employers' Liability Act, (45 U.S.C. Sec. 51 et seq.).

      SECOND:  The defendant is a corporation is engaged in interstate commerce by rail and operate a railroad system and railroad yards within the jurisdiction of this Court and in various other States.

      THIRD:  That prior to September 12, 2004 and at all times hereinafter mentioned, the defendant employed the plaintiff as a signalman under its direction, supervision and control and in furtherance of defendant's business in interstate commerce.

      FOURTH:  That prior to September 12, 2004, and at all times hereinafter mentioned, the defendant maintained, operated and controlled No. 1 Signal Bridge near Queens Village Station which contained defendant's tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over, through and upon which the defendant operated engines, trains and cars under its control and direction.

FIFTH:  That on or about September 12, 2004, while the plaintiff, an employee

of the defendant, was in the performance of his duties as a signalman while working at

the No. 1 Signal Bridge near Queens Village Station, Queens, New York, the

defendant, its agents, servants, contractors and employees, so negligently and

carelessly conducted themselves toward the plaintiff in failing to provide plaintiff with

a reasonably safe place to work; and, so negligently failed and neglected to enact and

enforce safety rules, regulations, procedures, and practices for activities carried out by

its personnel at the said place, that all of the foregoing brought about severe and

disabling injuries to plaintiff.

SIXTH:  That the said injuries occurred while the plaintiff was acting in the

furtherance of interstate commerce or in work closely or substantially affecting the

same.

SEVENTH:  That the plaintiff was damaged thereby in the sum of

$750,000.00.

WHEREFORE, plaintiff demands judgment against the defendant in the sum

of SEVEN HUNDRED FIFTY THOUSAND ($750,000.00) DOLLARS, together with

the costs and disbursements of this action.

> Law Offices of Michael Flynn, PC
> Attorneys for Plaintiff
> 1205 Franklin Avenue
> Garden City, NY 11530
> (516) 877-1234


> By:_____
>       MICHAEL FLYNN, MF7150

AO 440 (Rev. 5/85) Summons in a Civil Action

==================================================================================

# *UNITED STATES DISTRICT COURT*

_____SOUTHERN_____District of_____NEW YORK_____

ROBERT A. SOLE,

                        Plaintiff,                        **SUMMONS IN A CIVIL ACTION**

           **V.**                            CASE NUMBER:

LONG ISLAND RAILROAD COMPANY,

                        Defendant.

     **TO:** **(Name and Address of Defendant)**
           Long Island Railroad Company
           Jamaica Station
           Jamaica, NY 11435

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and  serve upon

PLAINTIFF'S ATTORNEY (name and address)

           Michael Flynn, Esq., MF7150
           Law Offices of Michael Flynn, PC
           1205 Franklin Avenue
           Garden City, NY 11530
           (516) 877-1234

an answer to the complaint, which is herewith upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____           _____

CLERK                                     DATE

_____

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

DATE

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER                                                      TITLE

Check the box below to indicate appropriate method of service

[   ]    Served personally upon the defendant.  Place where served:

[   ]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable
         age and discretion then residing therein.
         Name of person with whom the summons and complaint were left:

[   ]    Returned unexecuted:

[   ]    Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL                          SERVICES                          TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____              _____
              DATE                                SIGNATURE OF SERVER

                                                  _____
                                                  ADDRESS OF SERVER

1)       As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.