UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT SOLE,

                Plaintiff,                              07 Civ. 6026 (DC)

  -against-                                              NOTICE OF
                                                              DISMISSAL
LONG ISLAND RAILROAD COMPANY,

                Defendants.
-------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED: September 29, 2007
             NASSAU, NEW YORK

                                                      Law Offices of Michael Flynn, PC
                                                      Attorneys for Plaintiff

                                                      By: _____
                                                          A Member of the Firm