```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT SOLE,

                Plaintiff,                          07 Civ. 6026 (DC)

  -against-                                     NOTICE OF
                                                   DISMISSAL

LONG ISLAND RAILROAD COMPANY,

                Defendants.
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED: September 29, 2007
           NASSAU, NEW YORK

                                                          Law Offices of Michael Flynn, PC
                                                          Attorneys for Plaintiff
                                                           By: _____
                                                                A Member of the Firm

So ordered.

*[signature]*
October 10, 2007